```
                    IN THE UNITED STATES BANKRUPTCY COURT FOR
                             THE DISTRICT OF PUERTO RICO

 IN RE:

                                          CASE NO. 04-03219 ESL

 LOPEZ RODRIGUEZ, ELIAS                   Chapter 13



 XXX-XX-0389


                                          FILED & ENTERED ON 10/6/2004

         Debtor(s)
```

## J U D G M E N T

Upon the order entered on 8/18/2004 (see docket entry #11), it is now

ORDERED, ADJUDGED AND DECREED that the instant case be and it is hereby dismissed.

SO ORDERED.

San Juan, Puerto Rico, this 6 day of October, 2004.

*[signature]*

Enrique S. Lamoutte
U. S. Bankruptcy Judge

C:   All creditors
     F/up